**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

SUBSALVE USA CORPORATION,

    Plaintiff,

vs.                                                       4:05-CV-369-SPM/AK

WATSON MANUFACTURING, INC.,
and LYNDEN COX,

    Defendants.

_____/

## ORDER GRANTING MOTION TO CONTINUE

      THIS CAUSE comes before the Court upon the "Joint Motion to Continue Trial Date" (doc. 69). This matter is scheduled for trial on February 19, 2008 at 8:30 a.m. The Parties have moved for a continuance of the trial in order to facilitate mediation of the issues in this case. The Parties would like to schedule the trial for the next available docket following March 24, 2008. For the reasons cited therein, this trial will be rescheduled. Furthermore, in light of the attempts at mediation and the status report recently submitted by the Plaintiff, the Defendant's motion to dismiss (doc. 66) will be denied.

      Accordingly, it is hereby ORDERED AND ADJUDGED:

1.    The motion to continue the trial (doc. 69) is *granted*.

2.    This trial is rescheduled for **April 21, 2008 at 8:30** a.m. in Tallahassee, Florida.

3. The pretrial conference will now take place on **April 7, 2008 at 1:30 p.m.** in Gainesville, Florida.

4. Pretrial stipulations shall be filed on or before **March 31, 2008.**

5. Defendant's motion to dismiss (doc. 66) is *denied*.

SO ORDERED this 6th day of February, 2008.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge