## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**SUBSALVE USA CORP.,**

    **Plaintiff,**

**vs.**                                                              **CASE NO. 4:05CV369-SPM/AK**

**WATSON MANUFACTURING, INC.,**
**et al,**

    **Defendants.**

_____/

## <u>O R D E R</u>

Presently before the Court in the above entitled action is the parties' Joint Motion for Entry of Order Adopting Stipulation and Order Governing the Production and Exchange of Confidential Information.  (Doc. 70).  Having considered said motion, the Court is of the opinion that it should be **GRANTED**, and the attached Order submitted by the parties shall be signed and shall govern the exchange of confidential information in this case.

    **DONE AND ORDERED** this  **_20th_**  day of February, 2008.


                         *s/ A. KORNBLUM*_____
                         **ALLAN KORNBLUM**
                         **UNITED STATES MAGISTRATE JUDGE**