IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SUBSALVE USA CORPORATION,

    Plaintiff,

vs.                                       4:05-CV-369-SPM/AK

WATSON MANUFACTURING, INC.,
and LYNDEN COX,

    Defendants.

_____/

### ORDER GRANTING MOTION TO CONTINUE

THIS CAUSE comes before the Court upon the "Joint Motion to Continue Pretrial Conference" (doc. 75). The Parties have moved for a continuance in order to finalize settlement negotiations.

Accordingly, it is hereby **ORDERED AND ADJUDGED**:

1. The motion to continue the pretrial conference (doc. 75) is *granted*.

2. This conference is rescheduled for **Monday, April 28, 2008 at 1:30 p.m.** in Gainesville, Florida.

3. The trial is rescheduled for **Tuesday, May 27, 2008 at 8:30 a.m.** in Tallahassee, Florida.

**DONE AND ORDERED** this eighth day of April, 2008.

                                      *s/ Stephan P. Mickle*
                                      Stephan P. Mickle
                                      United States District Judge