**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

SUBSALVE USA CORPORATION,

    Plaintiff,

vs.                                                                                      4:05-CV-369-SPM/AK

WATSON MANUFACTURING, INC.,
and LYNDEN COX,

    Defendants.

_____/

**ORDER GRANTING MOTION TO CONTINUE**

THIS CAUSE comes before the Court upon the "Joint Motion to Continue Pretrial Conference" (doc. 77). The Parties have requested a sixty-day continuance in order to finalize settlement negotiations.

Accordingly, it is hereby **ORDERED AND ADJUDGED**:

1. The motion to continue the pretrial conference (doc. 77) is *granted*.

2. This conference is rescheduled for **Monday, July 7, 2008 at 1:30 p.m.** in Gainesville, Florida.

3. The trial is rescheduled for **Monday, July 21, 2008 at 8:30 a.m.** in Tallahassee, Florida.

**DONE AND ORDERED** this twenty-fifth day of April, 2008.

                                    *s/ Stephan P. Mickle*
                                    Stephan P. Mickle
                                    United States District Judge