IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SUBSALVE USA CORPORATION,

    Plaintiff,

vs.                                                                  4:05-CV-369-SPM/AK

WATSON MANUFACTURING, INC.,
and LYNDEN COX,

    Defendants.

_____/

## ORDER GRANTING MOTION TO CONTINUE

THIS CAUSE comes before the Court upon the "Joint Motion to Continue Pretrial Conference" (doc. 79). The parties have requested a sixty-day continuance in order to finalize settlement negotiations.

Accordingly, it is hereby **ORDERED AND ADJUDGED**:

1.     The motion to continue the pretrial conference (doc. 79) is *granted*.

2.     This conference is rescheduled for **Monday, September 8, 2008 at 1:30 p.m.** in Gainesville, Florida.

3.     The trial is rescheduled for **Monday, September 15, 2008 at 8:30 a.m.** in Tallahassee, Florida.

**DONE AND ORDERED** this second day of July, 2008.

                                        *s/ Stephan P. Mickle*
                                        Stephan P. Mickle
                                        United States District Judge